IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**DOUGLAS WILLIAM ORMOND, JR.,**     3:11-CV-00814-SU

        **Petitioner,**     **JUDGMENT**

**v.**

**JOE DECAMP,**

        **Respondent.**

Based on the Court's Order (#33) issued May 16, 2012, the Court **DISMISSES** this matter **with prejudice** and **DECLINES** to issue a certificate of appealability.

IT IS SO ORDERED.

DATED this 16th day of May, 2012.

                                            /s/ Anna J. Brown
                                            _____
                                            ANNA J. BROWN
                                            United States District Judge

1 - JUDGMENT